**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANGELO DISENA,

    Plaintiff,

v.            Case No. 15-11388

TS EMPLOYMENT INC.,

    Defendant.
               /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Dismiss" dated August 12, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant TS Employment Inc. and against Plaintiff Angelo DiSena. Dated at Detroit, Michigan, this 12th day of August 2016.

            DAVID J. WEAVER
            CLERK OF THE COURT

            S/ Lisa Wagner
          By: Lisa Wagner, Case Manager
           to Judge Robert H. Cleland