**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANGELO DISENA,

        Plaintiff,

v.                                    Case No. 15-11388

WASTE MANAGEMENT OF MICHIGAN, INC.,

        Defendant.
                                         /

**AMENDED JUDGMENT**[1]

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Dismiss" dated August 12, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Waste Management of Michigan, Inc. and against Plaintiff Angelo DiSena.

Dated at Detroit, Michigan, this 12th day of August 2016.

                DAVID J. WEAVER
                CLERK OF THE COURT

                S/ Lisa Wagner
           By:  Lisa Wagner, Case Manager
                to Judge Robert H. Cleland

---

[1] The court originally issued a judgment that incorrectly identified Defendant, using a defendant's name from a companion case. This Amended Judgment corrects that error.